**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | | |
|---|---|---|
| OLD TOWN PIZZA OF LOMBARD, INC., | ) | |
| an Illinois Corporation, individually and as the | ) | |
| representative of a class of similarly situated persons, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | 11 CV |
| | ) | Case being removed: |
| G.W. JONES HEATING & COOLING, INC., and | ) | 2011 CH 4717 |
| John Does 1-10. | ) | 19th Judicial Circuit |
| | ) | Lake County, Illinois |
| Defendants. | ) | |

**NOTICE OF REMOVAL**

To: Brian J. Wanca                              Phillip A. Bock
     ANDERSON + WANCA                    BOCK & HATCH, LLC
     3701 Algonquin Road, Suite 760      134 N. LaSalle St., Suite 1000
     Rolling Meadows, IL 6008              Chicago, IL 60602

PLEASE TAKE NOTICE THAT:

Defendant G.W. Jones Heating & Cooling, Inc., ("Jones"), through its undersigned attorneys, hereby removes this case from the Circuit Court for the Nineteenth Judicial Circuit, Lake County, Illinois, where it is pending as Case No. 11 CH 4717, for the following reasons:

1. This case was filed in the Circuit Court for the Nineteenth Judicial Circuit, Lake County, Illinois, on October 20, 2011.

2. Defendant Jones was served with a copy of the Summons and Complaint on October 21, 2011.

3. This notice of removal is timely pursuant to 28 U.S.C. § 1446(b) since it is being filed within 30 days of the Defendant being served.

4. The Complaint filed by the Plaintiffs and against the Defendants alleges violation of the federal Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq.*

5. Accordingly, this Court has jurisdiction pursuant to 28 U.S.C. §1331 in that the action arises under a law of the United States.

6. Copies of the papers served on Defendant Jones are attached to this Notice as Exhibit A.

1

WHEREFORE, Defendant Jones requests that the above captioned case pending in the Circuit Court for the Nineteenth Judicial Circuit, Lake County, Illinois, be removed to the United States District Court for the Northern District of Illinois.

Respectfully Submitted,
G.W. JONES HEATING & COOLING, INC.,

By:___/s/_____George L. Grumley___

George L. Grumley          ARDC #10771938
Richard C. Carey           ARDC# 6296032
GRUMLEY, KAMIN & ROSIC, LLC
Three First National Plaza
70 W. Madison, Suite 2100
Chicago, IL 60602
312-994-9004 (o) * 312-994-0541 (f)

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that I sent the foregoing **Notice of Removal** to the parties listed below via first class mail, postage pre-paid, on November 21, 2011.

Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008

Phillip A. Bock
BOCK & HATCH, LLC
134 N. LaSalle St., Suite 1000
Chicago, IL 60602


　　　/s/ Richard C. Carey
Richard C. Carey
GRUMLEY, KAMIN & ROSIC, LLC
Three First National Plaza
70 W. Madison, Suite 2100
Chicago, IL 60602
312-994-9004 (o) * 312-994-0541 (f)